Amy L. Bennecoff Ginsburg, Esq. (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

Amber Henry, Esq.
Eisner Jaffe
9601 Wilshire Blvd, Suite 700
Beverly Hills CA 90210
Telephone: (310) 855-3200
Facsimile: (310) 855-3201
ahenry@eisnerlaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KJELLESVIG, | ) |
| Plaintiff, | ) Case No.: 5:15-cv-01457 |
| v. | ) |
| MEDICREDIT, INC., | ) STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between Plaintiff David Kjellesvig and Defendant MediCredit, Inc. ("Defendant") through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*. Each party shall bear its own costs and expenses.

Date: <u>November 25, 2015</u>          /s/ Amy L. Bennecoff Ginsburg
                                        Amy L. Bennecoff Ginsburg, Esquire
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (215) 540-8817
                                        Email: aginsburg@creditlaw.com
                                        Attorney for the Plaintiff


Date: <u>November 25, 2015</u>          /s/ Amber Henry
                                        Amber Henry, Esq.
                                        Eisner Jaffe
                                        9601 Wilshire Blvd, Suite 700
                                        Beverly Hills CA 90210
                                        Telephone: (310) 855-3200
                                        Facsimile: (310) 855-3201
                                        Email: ahenry@eisnerlaw.com
                                        Attorney for the Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 25th day of November, 2015:

>   Amber Henry, Esq.
>   Eisner Jaffe
>   9601 Wilshire Blvd, Suite 700
>   Beverly Hills CA 90210
>   ahenry@eisnerlaw.com

DATED:  November 25, 2015               /s/ Amy L. Bennecoff Ginsburg
                                        Amy L. Bennecoff Ginsburg
                                        Attorney for Plaintiff